UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RYAN JAROMIN, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) No. 1:22-cv-00320-JMS-MJD |
| | ) |
| TOWN OF YORKTOWN and MARSHAL TODD ST. JOHN, | ) |
| | ) |
| *Defendants.* | ) |

## **ORDER**

On September 14, 2023, without objection from Defendants and with leave of Court, Plaintiff Ryan Jaromin filed a Second Amended Complaint to add allegations relating to a second Charge of Discrimination he filed with the Equal Employment Opportunity Commission. [Filing No. 129.] The parties have already addressed the new allegations in their pending Motions for Summary Judgment and have advised the Court that the pending Motions for Summary Judgment should apply to the Second Amended Complaint. Accordingly, the Court will consider the pending Motions for Summary Judgment as they apply to the Second Amended Complaint.

As a matter of clarification, the Court notes that pending before the Court and ripe for consideration are the following motions: (1) a Motion for Summary Judgment filed by Defendant Marshal Todd St. John, [Filing No. 62]; (2) a Motion for Summary Judgment filed by Defendant Town of Yorktown ("Yorktown"), [Filing No. 63]; and (3) a Motion for Partial Summary Judgment filed by Officer Jaromin, [Fling No. 98]. The docket in this case has become extremely cumbersome to review, with multiple versions of briefs – in original and "corrected" forms – filed. Consequently, in order to clear up any potential confusion, the Court advises the parties that it will

1

consider the following documents, and record evidence cited therein, in connection with the pending motions:

- The Second Amended Complaint, [Filing No. 129];

- Defendants' Updated Joint Statement of Material Facts Not In Dispute, [Filing No. 90];

- Yorktown's Brief in Support of Its Motion for Summary Judgment, [Filing No. 81];

- Marshal St. John's Updated Memorandum of Law in Support of Motion for Summary Judgment, [Filing No. 89];

- Officer Jaromin's Consolidated Summary Judgment Brief, [Filing No. 109];

- Yorktown's Combined Reply in Support of the (sic) Its Motion for Summary Judgment and Response to Jaromin's Cross-Motion for Summary Judgment, [Filing No. 121];

- Marshal St. John's Corrected Reply in Support of Motion for Summary Judgment, [Filing No. 122]; and

- Officer Jaromin's Reply in Support of Plaintiff's Motion for Summary Judgment, [Filing No. 126].

The Court **ORDERS** any party that disagrees with the Court's characterization of the documents relevant to the pending Motions for Summary Judgment to file a Notice by **September 20, 2023** setting forth its disagreement.

Date: 9/15/2023

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**